# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      vs.<br><br>KARLA DELGADO (2),<br><br>                              Defendant. | Case No. 20CR3013-TWR<br><br>JUDGMENT OF DISMISSAL |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21 USC 952,960; 18:2 – Importation of Methamphetamine (Felony); Aiding and Abetting (Felony)

Dated: 2/12/2021

*Todd Robinson* (signature)

Hon. Todd W. Robinson
United States District Judge